# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robert L. Higgins, | Chapter 13 |
| Debtor. | Case No. 2:22-BK-12021-mdc |

## ORDER RESETTING CONFIRMATION HEARING

**AND NOW**, upon consideration of the Motion to Reset Confirmation Hearing or in the Alternative Extend Time Nunc Pro Tunc to File an Objection to Debtor's Proposed Chapter 13 Plan, filed by Creditor United States Commodity Futures Trading Commission, it is hereby **ORDERED** that:

1. The plan confirmation hearing currently scheduled for November 3, 2022 is POSTPONED.

2. The plan confirmation hearing will be reset to **February 2, 2023, at 9:30 a.m.**, after government proofs of claim are due on January 29, 2023.

Dated: December 16, 2022

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE