# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|     Robert L. Higgins, | | |
| Debtor. | : | Bankruptcy No. 22-12021-MDC |

# **ORDER**

**AND NOW**, for the reasons set forth in the accompanying Memorandum.[1]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Parker Trust's Exemption Objection is **OVERRULED.**

2. The Debtor's Claimed Property Exemption is **ALLOWED** as reflected in his Schedule C.

Dated: May 3, 2024

                                              Magdeline D. Coleman
                                              Chief U.S. Bankruptcy Judge

Robert J. Lohr, II, Esquire
Lohr and Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382

Melissa C. Chiang, Esquire
Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581

Deirdre M. Richards, Esquire
Fineman Krekstein & Harris
1801 Market Street, Suite 1140
Philadelphia, PA 19103

Thomas J. Barnes, Esq.
Egbert & Barnes, P.C.
349 York Road, Suite 100

---

[1] Capitalized terms used but not defined shall have the meaning given to them in the accompanying Memorandum.

1

Willow Grove, PA 19090

Kenneth E. West, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105